# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PAMELA ANGELL, INDIVIDUALLY AND AS THE ADMINISTRATRIX OF THE ESTATE OF THOMAS W. BAUER, JR., DECEASED | : | No. 217 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JAMES F. DERENO, ROSS TOWNSHIP, AND WEST VIEW BOROUGH | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: WEST VIEW BOROUGH | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.